# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 94CR1391-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| PEDRO SANCHEZ-OCHOA (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Pedro Sanchez-Ochoa. The defendant is hereby discharged as to this case only and the arrest warrant issued on December 14, 1994 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 21, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-